**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00284-CR**
_____

**LEROY CRISWELL JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. 21436**

**ORDER**

The reporter's record, due September 21, 2015, has not been filed. Mel Power is responsible for preparing, certifying, and timely filing the reporter's record. *See* Tex. R. App. P. 35.3(b). On November 9, 2015, we informed the court reporter that the record must be filed within thirty days or the matter would be referred for an enforcement order. The court reporter failed to file the record by the due date.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for a hearing to determine why the reporter's record has not been filed. *See* Tex. R. App. P. 37.3(a)(1). The trial court shall determine why the court reporter did not timely file the record, and may make such orders as shall be necessary to ensure the reporter's record is promptly filed. *See* Tex. R. App. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed."). A reporter's record shall be made of the hearing and, together with a supplemental clerk's record containing any findings or orders of the trial court, shall be filed with the Court of Appeals by January 11, 2016.

ORDER ENTERED December 7, 2015.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.

2